No. 04-01-00492-CV



In re William H. McKendrick III


Original Mandamus Proceeding


Arising from the 111th District Court, Webb County, Texas 


Trial Court No. 98-CVQ-00007-D2

Honorable Raul Vasquez, Judge Presiding





PER CURIAM


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Karen A. Angelini, Justice


Delivered and Filed: August 8, 2001


PETITION FOR WRIT OF MANDAMUS DENIED


 On July 19, 2001, relator filed a petition for writ of mandamus. This court has determined
that relator is not entitled to the relief sought. Therefore, the petition is DENIED. Tex. R. App. P.
52.8(a).

 Relator shall pay all costs incurred in this proceeding.

 PER CURIAM

DO NOT PUBLISH